1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID EARL GRANDERSON,                    No.  2:19-cv-2211 JAM AC P

12                 Plaintiff,

13          v.                                  ORDER

14   CALIFORNIA CORRECTIONS AND
     REHABILITATIONS, et al.,
15
                      Defendant.
16

17

18          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights

19   action filed pursuant to 42 U.S.C. § 1983.  By order filed June 29, 2021, this case was referred to

20   the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period

21   of 120 days.  ECF No. 20.  That order provided defendant the opportunity to request opting out of

22   the ADR Project based on a good faith belief that a settlement conference would be a waste of

23   resources.  Id. at 2.  Defendant has now filed a notice stating that he is opting out of the Post-

24   Screening ADR Project.  ECF No. 2.  Defendant's notice will be construed as a request, and the

25   request will be granted.[1]

26   _____

27   [1]  Counsel for defendant is advised that in the future, they must move to opt out of the Post-
     Screening ADR Project, and any such motions should affirm that counsel has taken all the steps
28   outlined in the order referring the case to the Post-Screening ADR Project, including conferring
     with their supervisor.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   Defendant's request to opt out of the Post-Screening ADR Project, ECF No. 21, is

3  GRANTED.

4    2.   The stay of this action, commencing June 29, 2021, ECF No. 20, is LIFTED.

5    3.   Within twenty-one days of the filing of this order, defendant shall file a response to

6  the complaint.

7  DATED: July 30, 2021

8                                                  ALLISON CLAIRE
                                                   UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2