1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID EARL GRANDERSON,                        No.  2:19-cv-2211 JAM AC P

12              Plaintiff,

13         v.                                        ORDER

14    CALIFORNIA CORRECTIONS AND
      REHABILITATION, et al.,
15
                Defendants.
16

17         Defendant has moved for an extension of time to conduct plaintiff's deposition and bring

18   any necessary motions to compel.  ECF No. 25.  Good cause appearing, the motion will be

19   granted.  Additionally, defendant's motion states, and the California Department of Corrections

20   and Rehabilitation's inmate locator website confirms, that plaintiff has been transferred to

21   California State Prison, Los Angeles County, though the court has yet to receive a notice of

22   chance of address from plaintiff.  The Clerk of the Court will therefore be directed to update the

23   docket accordingly.

24         Accordingly, IT IS HEREBY ORDERED that:

25         1.  Defendant's motion to modify the discovery and scheduling order, ECF No. 25, is

26   GRANTED.

27         2.  Defendant shall have up to February 7, 2022, to take plaintiff's deposition and file any

28   motions to compel related to plaintiff's deposition.

                                                    1

1      3.  The Clerk of the Court is directed to update plaintiff's address of record to CSP-Los

2  Angeles County, P.O. Box 8457, Lancaster, CA 93539.

3  DATED: December 20, 2021

4

ALLISON CLAIRE
5  UNITED STATES MAGISTRATE JUDGE

2