UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL GRANDERSON, | No. 2:19-cv-2211 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA CORRECTIONS REHABILITATIONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Currently before the court are defendant's motion to compel, ECF No. 27, and motion to modify the discovery and scheduling order, ECF No. 28.

On January 7, 2022, defendant filed a motion to compel plaintiff's responses to his discovery requests. ECF No. 27. The time for responding has now passed and plaintiff has not responded. Plaintiff will be given one final opportunity to respond to the motion.

Defendant has also filed a motion to modify the discovery and scheduling order in order to allow additional time to take plaintiff's deposition. ECF No. 28. He states that plaintiff's deposition was scheduled to take place on January 21, 2022, but the day before the deposition was to take place, counsel was advised that plaintiff had been transferred to another prison on January 19, 2022. Id. at 2. Good cause appearing, the motion will be granted. Additionally,

1

though the court has yet to receive a notice of change of address from plaintiff, the Clerk of the Court will be directed to update the docket to reflect plaintiff's current address. Plaintiff is reminded that any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties, and the failure to inform the court of a change of address may result in the imposition of sanctions, including dismissal of the action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have an additional twenty-one days from the service of this order to respond to defendant's motion to compel. Failure to respond will be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. See L.R. 230(l).

2. Defendant's motion to modify the discovery and scheduling order, ECF No. 28, is GRANTED.

3. Defendant shall have up to March 11, 2022, to take plaintiff's deposition and file any motions to compel related to plaintiff's deposition.

4. The Clerk of the Court is directed to update plaintiff's address of record to California Men's Colony, P.O. Box 8103, San Luis Obispo, CA 93409.

DATED: February 7, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE