UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL GRANDERSON, | No. 2:19-cv-2211 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA CORRECTIONS REHABILITATIONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the court are defendant's motions to compel plaintiff's responses to written discovery (ECF No. 27) and deposition (ECF No. 30).

On January 7, 2022, defendant filed a motion to compel plaintiff's responses to interrogatories and requests for the production on the ground that plaintiff completely failed to respond.  ECF No. 27.  After plaintiff failed to respond to the motion, he was given a second opportunity to respond and cautioned that failure to respond would be deemed a waiver of any opposition to granting the motion and could result in sanctions.  ECF No. 29.  The time for responding has now passed and plaintiff has once again failed to respond.  On March 11, 2022, defendant filed a second motion to compel, seeking to compel plaintiff to attend and participate in his deposition and requesting monetary sanctions.  ECF No. 30.  The time for responding has now passed and plaintiff has not responded.

1

With respect to the motion to compel plaintiff's participation in his deposition, plaintiff will be given one final opportunity to respond to the motion. However, plaintiff has already been given an additional opportunity to respond to the motion to compel his responses to written discovery and failed to do so. In light of plaintiff's continued failure to respond, the motion to compel his responses to written discovery will be granted and plaintiff will be required to respond to defendant's interrogatories and request for production without objection. Plaintiff is warned that failure to comply with this order will result in sanctions that may range from exclusion of evidence all the way up to dismissal of the case, depending upon the degree of non-compliance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel plaintiff's responses to written discovery (ECF No. 27) is GRANTED.

2. Within twenty-one days of the service of this order, plaintiff must fully respond to Defendant's Interrogatories, Set One and Request for the Production of Documents, Set One without objection.

3. Within forty-five days of the service of this order, defendant may file a motion for sanctions if plaintiff fails to comply with this order.

4. Plaintiff shall have an additional twenty-one days from the service of this order to respond to defendant's motion to compel his deposition. Failure to respond will be deemed a waiver of any opposition to granting the motion and may result in the imposition of sanctions. See L.R. 230(l).

DATED: April 4, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE