UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EARL GRANDERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA CORRECTIONS REHABILITATIONS, et al.,<br><br>   Defendants. | No. 2:19-cv-02211-DAD-AC PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 40) |

Plaintiff David Earl Granderson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2022, the assigned magistrate judge issued findings and recommendations, recommending that the motion for terminating sanctions (Doc. No. 37) filed on behalf of defendant Gabriel Aguilar (the sole remaining defendant in this action) be granted and that plaintiff's complaint be dismissed with prejudice. (Doc. No. 22.) The findings and recommendations note that plaintiff has repeatedly refused to engage in the discovery process, has intentionally disobeyed court orders despite being warned that failure to comply could result in sanctions including dismissal, and has stated that he "voluntarily dismiss[es] this case by being silent." (*Id.* at 2.) The findings and recommendations were served on all parties and contained

1

notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 7.) No objections have been filed, and the time to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 28, 2022 (Doc. No. 40) are adopted in full;
2. Defendant's motion for terminating sanctions (Doc. No. 37) is granted;
3. This action is dismissed with prejudice for failure to comply with a court order; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 2, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2